**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 2:25-cr-20348-TLP** |
| | ) | |
| **MARQUIS DAVIS** | ) | |
| | ) | |
| **Defendant.** | ) | |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

The United States Attorney's Office applies to the Court for a Writ to have Marquis Davis, RNI# 546922, now being detained in the Shelby County Jail, appear before Honorable Charmiane G. Claxton, December 30, 2025, at 1:30pm for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 16th day of December 2025.

***s/ Jermal S. Blanchard***
**Jermal S. Blanchard**
**Assistant U. S. Attorney**

---

Upon consideration of the foregoing Application, TYREECE MILLER, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE; SHERIFF FLOYD BONNER, JR., SHELBY COUNTY JAIL, MEMPHIS, TENNESSEE.

**YOU ARE HEREBY COMMANDED** to have Marquis Davis, RNI# 546922, appear before the Charmiane G. Claxton at the date and time aforementioned.

ENTERED this 16th day of December 2025.

**s/Charmiane G. Claxton**
**Honorable Charmiane G. Claxton**
**United States Magistrate Judge**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."