AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED USMS W/TN 2025 NOV 4

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

United States of America
v.
Marquis D. Davis
Defendant

Case No. 25 CR 10312025-TMP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Marquis D. Davis,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1956 Hobbs Act Robbery
18 U.S.C. 924(c) Use, Carry, Brandishing, and Discharge of a Firearm During and in Relation to a Crime of Violence

Date: 10/31/2025

Tu Pham
*Issuing officer's signature*

City and state: Memphis, Tennessee

Hon. Tu M. Pham, Chief U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* 12-30-2025
at *(city and state)* Memphis TN.

Date: 12/30/25

*Arresting officer's signature*

Dusm W. F[illegible]
*Printed name and title*