IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

Plaintiff,

vs. Cr. No. 25-20348-TLP

MARQUIS DAVIS,

Defendant.

---

NOTICE OF ENTRY OF APPEARANCE

---

Please take notice that Unam Peter Oh, Assistant Federal Defender, herein enters his notice of appearance as counsel for Marquis Daivs in the above styled and numbered cause. **Please remove the FPD's name from the distribution list**.

This 30th day of December, 2025.

s/ UNAM PETER OH
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to Mr. Jermal Blanchard, Assistant U.S. Attorney, 167 N. Main Street, Suite 800, Memphis, TN 38103, this 30th day of December, 2025.

s/ UNAM PETER OH
Assistant Federal Defender