**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case: 2:25-cr-20348-TLP** |
| **v.** | ) | |
| | ) | |
| **MARQUIS DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION FOR PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT

Comes now the United States of America, by and through the undersigned counsel, and respectfully moves this Honorable Court for a protective order limiting dissemination of items provided in discovery.

Rule 16(d) of the Federal Rules of Criminal Procedure gives a trial court broad discretion to issue protective orders restricting the dissemination of discovery, and reads, in part, "At any time, the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief..." *Id.* In a criminal case, a protective order that limits disclosure of discovery materials is an appropriate use of the court's discretion. *See Alderman v. United States*, 394 U.S. 165, 185 (1969). "[T]he trial court can, and should, where appropriate, place a defendant and his counsel under enforceable orders against unwarranted disclosure of the materials which they may be entitled to inspect." *Id.*

Here, the discovery includes voluminous footage from officers' body-worn/in-car cameras. Sensitive, private, and confidential information is contained throughout the body camera footage, including Personal Identifiable Information (PII) of individuals currently not involved in this case,

sensitive information viewable on the PDAs that officers use to run information obtained on the scene, and other private information that should not be disclosed. Entry of a protective order restricting the use, dissemination, and disposition of records/data containing identity information is essential to permit the United States to provide extensive discovery to the defendant while protecting the personal information contained within the discovery. To facilitate the progress of the case, the United States seeks to provide unredacted discovery materials. However, given the nature of the case and keeping in mind the need to protect individuals' personal information, the United States respectfully requests that this Court order that the disclosure of unredacted materials be subject to the following conditions and restrictions:

a. The materials provided will be for the sole use of defense counsel in preparing for the defense of the case and shall not be copied, reproduced, or otherwise disseminated to third parties, or used for any purpose or in connection with any other proceedings; and

b. To the extent any materials provided by the United States contain personal identifying information of any individual (e.g., address, phone number, driver's license number, identification card number, social security or passport number, birth date, bank account numbers), defense counsel shall not disseminate any such information to the defendant without first filing a motion with the Court requesting permission to make such disclosure and explaining why such disclosure is necessary to prepare for trial, <u>except</u>:

- the defense team may review materials in the defendant's presence so long as the defendant is not making any notes with respect to such personal identifying information; and,

- the defendant may possess materials containing his or her own personal identifying information, so long as the documents do not contain personal identifying information of others and irrelevant communication with third party individuals of others unless that information has been redacted.

Counsel for the government has conferred with Unam Peter Oh counsel for defendant, who does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, the United States moves this Court to grant this motion for a discovery protective order.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

By: *s/Jermal Blanchard*
JERMAL BLANCHARD
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, Tennessee 38103
(901) 544-4231

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2026, I filed a copy of the foregoing via this Court's CM/ECF electronic filing system, which served all counsel of record.

*s/Jermal Blanchard*
JERMAL BLANCHARD
Assistant United States Attorney