**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:25-cr-20348-TLP |
| v. | ) | |
| | ) | |
| MARQUIS DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**

The Government moves for Protective Order to address the distribution of discovery material. (ECF No. 28.) For good cause shown, the Government's motion for a protective order limiting dissemination of discovery is hereby **GRANTED**.

**IT IS ORDERED** that counsel for Defendant shall not disseminate to anyone other than their office staff the body-worn/in-car camera footage contained in the discovery that contains personal identifying information of any individual (e.g., address, phone number, driver's license number, identification card number, social security or passport number, birth date, bank account numbers) other than the individual's name without first filing a motion with the Court requesting permission to make such disclosure and explaining why such disclosure is necessary to prepare for trial.

**IT IS FURTHER ORDERED** that the defense team may review the body-worn/in-car camera footage in Defendant's presence; however, Defendant shall not retain a copy of such materials or make any notes with respect to personal identifying information.

**IT IS FURTHER ORDERED** that Defendant may possess records/data containing his

or her own personal identifying information, so long as the records/data do not contain personal identifying information of others and irrelevant communication with third party individuals of others unless that information has been redacted.

**SO ORDERED**, this 20th day of January, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE