**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARQUIS D. DAVIS,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | 2:25-cr-20348-1-TLP |

ORDER ON CHANGE OF PLEA

This cause came to be heard on May 6, 2026, the Assistant United States Attorney for this district, Jermal Blanchard appearing for the Government, and the Defendant, Marquis D. Davis appearing in person and with counsel Peter Oh.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to counts 1 and 2 of the indictment.

Plea colloquy was held and the Court accepted the guilty plea.

SENTENCING in this case is set Friday, August 14, 2026 at 10:30 A.M. in Courtroom No. 2, 11th floor of the Federal Building in Memphis before US District Judge Thomas L. Parker.

Pursuant to Local Criminal Rule 32.1, the Presentence Report prepared by the United States Probation Officer shall be provided to the parties at least thirty-five (35) days prior to sentencing. Counsel for the parties shall submit any objections or requests in writing to the Probation Officer no more than fourteen (14) days after receiving the report and attempt to resolve any issues involving the report. No more than twenty-one (21) days after receiving the report, the parties shall file their position papers on sentencing with the Court. At least 7 days before the sentencing, the Pr7bation Officer shall submit the final report to the Court and the parties.

Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED, this 6th day of May 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE